Case: 1:24-mj-00236
Assigned To : Judge Zia M. Faruqui
Assign. Date : 7/30/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ███████, is a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Washington Field Office. As a law enforcement officer of the United States ("U.S."), within the meaning of 18 United States Code ("U.S.C.") § 2510(7), I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C § 2516. I have been a Special Agent since February 2019, in which time I have investigated several violations involving international terrorism, domestic terrorism, and violent crimes against children. I have a Bachelor of the Arts Degree in Economics from Northwestern University, a Master of Business Administration from Old Dominion University, and I am a graduate of the FBI Academy in Quantico, Virginia, where I received extensive training in federal law. I am currently involved in the investigation of Tristan Sartor. I have personally participated in this investigation and have witnessed many of the facts and circumstances described herein. The facts in this statement of facts come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

### Background on January 6, 2021 Capitol Riots

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to This Defendant

The FBI initiated an investigation concerning Tristan Sartor ("Sartor") of Ruffs Dale, Pennsylvania and his offenses connected to the January 6, 2021 riots.

As part of the investigation, law enforcement reviewed open-source videos and images of events of that day. In some of those videos, Sartor can be seen near the Washington Monument, at Freedom Plaza, crossing the National Mall, and outside of the U.S. Capitol with rioters. *See* Images 1-5, below. Sartor was observed wearing a blue suit, black overcoat, a brown tie, dark brown sunglasses, brown gloves, a red hat with the inscribed words "Make America Great Again," and brown and gray boots. The black overcoat had a gold lapel pinned above the left breast. At some point during the day, Sartor placed a small American flag in the left breast pocket of the overcoat. [1]



Image 1 [2]

---

[1] Throughout the images included in this document, Sartor is highlighted in red.

[2] Accessed at https://www.youtube.com/watch?v=i2IrcI4gsgU&t=351



Image 2[3]



Image 3[4]

---

[3] Accessed https://vdare.com/videos/patriots-storm-u-s-capitol-january-6-2021
[4] Accessed at https://www.youtube.com/watch?v=AQAY5hUNhWs&t=602



Image 4[5]



Image 5[6]

---

[5] Accessed at https://www.youtube.com/watch?v=9mt8YGpJ5vs&t=35s
[6] Accessed at https://www.youtube.com/watch?v=_E-6bRNfx2c&t=1371

U.S. Capitol CCTV also captured Sartor unlawfully entering the U.S. Capitol building on January 6, 2021.  At approximately 2:19 p.m., Sartor entered through the Senate Wing Door. *See* Image 6, below.



Image 6

Sartor stopped briefly in the entrance area, appearing to confer with several other individuals who were holding flags associated with the America First movement. *See* Image 7, below.



Image 7

Sartor proceeded south into a hallway and became briefly obscured from the view of the CCTV camera. An online video posted to a popular social media platform captured Sartor in this hallway. *See* Image 8, below.



Image 8[7]

Shortly thereafter, Sartor returned to the Senate Wing Door atrium. He proceeded to exit through the door which he originally entered at approximately 2:21 p.m. Sartor remained in the U.S. Capitol for approximately one minute and 15 seconds. *See* Images 9 and 10, below.



Image 9

---

[7] Accessed at https://www.youtube.com/watch?v=_E-6bRNfx2c&t=1371.



Image 10

***Identification of Tristan Sartor***

The FBI's investigation discovered open-source images and videos likely associated with Sartor on two popular social media platforms. On the first platform, Instagram, the account holder's username was "cocktails_and_coattails".[8] The Instagram account had numerous pictures of an individual possessing similar physical characteristics and wearing unique clothing items consistent with those of the individual noted herein on January 6, 2021. *See* Image 11, below (a screen capture of the Tristan Sartor Instagram account).



Image 11[9]

A second  social media account, on Facebook, operated under username "tristan.sartor.98" and display name "Tristan Sartor." The Tristan Sartor Facebook account used an image for an

---

[8] The account holder later changed the account's  username from "cocktails_and_coattails" to "tr_sartor," directly referencing Sartor's initials and last name.

[9] Screen capture of Instagram account utilizing username "tr_sartor."

account profile picture that was identical to an image also posted on the cocktails_and_coattails Instagram account. *See* Image 12, below (a screen capture of the Tristan Sartor Facebook account).



Image 12[10]

Additional open-source searches identified an account on a popular resume networking website, LinkedIn, with the display name "Tristan Sartor." The account used a profile picture which possessed similar physical charateristcs to the individual noted herein on January 6, 2021, and similar to the Instgram and Facebook accounts described above. The account listed the account holder's location as "Arlington, Virginia" and employer as the "Showroom Manager at Tailor on Tap." *See* Image 13, below.



Image 13[11]

---

[10] Screen capture of Facebook account utilizing username "tristan.sartor.98" and an identical profile picture.
[11] Tristan Sartor profile listed on LinkedIn.

The individual noted herein wore several distinct clothing items on January 6, 2021, including sunglasses, boots, and a lapel pin. *See* Images 14-16, below. Clothing items with a strong visual resemblance to those worn by Sartor were also found in images on the Tristan Sartor Instagram account. *See* Images 17 and 18, below.



Image 14 – Sunglasses worn on January 6



Image 15 – Lapel pin and boots worn on January 6



Image 16 – Lapel pin worn on January 6



Image 17 – Instagram image with Sartor wearing lapel pin and sunglasses



Image 18 –Instagram image of boots

The FBI conducted database queries and learned in September of 2022 Sartor had been issued a driver's license in the state of Pennsylvania with a home address located in Ruffs Dale, Pennsylvania. The individual pictured in the Pennsylvania driver's license photograph possessed similar physical characteristics to both Sartor on January 6, 2021, the individual on Instagram and Facebook, and the Tennessee driver's license photograph. The query also identified a Subaru Crosstrek, Pennsylvania license plate XXXX634, as registered to Sartor. Following the issuance of Sartor's Pennsylvania driver's license, the FBI initiated a query with the Pennsylvania Department of Labor. The query indicated Sartor had received wages from Marsh Auto Salvage, Inc.

On or about June 10, 2022, FBI Special Agents conducted an interview with an individual ("WITNESS 1") who unlawfully entered the U.S. Capitol on January 6, 2021. During the interview, Agents showed WITNESS 1 photographs of individuals believed to be present on January 6, 2021 and asked WITNESS 1 to identify any individuals he/she recognized.  WITNESS 1 identified Sartor in the images, including Image 14, above.

On or about September 22, 2022, FBI Special Agents interviewed a second individual ("WITNESS 2") who acknowledged being present at the U.S. Capitol on January 6, 2021. WITNESS 2 was shown a picture of Sartor's Tennessee driver's license photograph. WITNESS 2 identified the individual "Tristan," and said he was a clothing designer.

On or about October 20, 2022, FBI Special Agents and Task Force Officers conducted an interview with another individual ("WITNESS 3") who unlawfully entered the U.S. Capitol on January 6, 2021. Investigators showed WITNESS 3 photographs of individuals who were believed to be present at U.S. Capitol on January 6, 2021. WITNESS 3 identified Sartor in the images, including Image 14, above.

On or about March 23, 2023, FBI Special Agents conducted an interview with another individual ("WITNESS 4") who unlawfully entered the U.S. Capitol on January 6, 2021. Investigators showed WITNESS 4 photographs of Sartor from January 6, 2021, and Sartor's Pennsylvania driver's license photograph. WITNESS 4 identified the individual in the photographs as "Tristan Sartor," including Images 1 and 3 (above), as well as Image 19 (below). WITNESS 4 said Sartor used the online moniker "TR Sartor." This is the same moniker used as the Instagram account username (tr_sartor) described above.



Image 19

On or about July 13, 2023, FBI employees observed an individual matching the physical description and possessing similar physical characteristcs as Sartor exit Marsh Auto Salvage, Inc. and enter a black Subaru Crosstrek, Pennsylvania license plate XXXX634. Sartor departed Marsh Auto Salvage, Inc. and drove to a residential address in Ruffs Dale, Pennsylvania. This was the same address listed as Sartor's residence on his Pennsylvania driver's license. Sartor was observed parking next to a detached garage at the residence.

On or about July 20, 2023, FBI employees observed Sartor's registered black Subaru Crosstrek, Pennsylvania license plate XXXX634, parked outside of Marsh Auto Salvage, Inc. This was the same company the FBI identified as Sartor's employer through the Pennsylvania Department of Labor.

On or about January 17, 2024 FBI employees again observed an individual possessing similar physical characteristics to Sartor exit Marsh Auto Salvage, Inc. and enter a black Subaru Crosstrek, Pennsylvania license plate XXXX634. Sartor departed Marsh Auto Salvage, Inc. and

again drove to the residential address in Ruffs Dale, Pennsylvania listed on his driver's license. The individual was observed parking his vehicle next to the detached garage.

On or about February 8, 2024, FBI investigators learned from the United States Postal Inspection Service that a package addressed to "TR Sartorial" was delivered to Sartor's address in Ruffs Dale, Pennsylvania. Investigators reviewed documents described earlier which were received from Instagram and Facebook. The documents showed another Instagram account registered to Sartor Phone 2370. The account utilized the vanity name "trsartorial" and display name of "T.R.'s Sartorial." Your affiant believes the use of the "T" and "R" stands for "Tristan River." "Sartorial" is an English adjective "relating to a tailor or tailored clothes." During the interview of WITNESS 2, WITNESS 2 had described Sartor as a clothing designer. Your affiant believes the package was addressed to the person of Tristan Sartor.

Based on the foregoing, your affiant submits that there is probable cause to believe that Tristan Sartor violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Tristan Sartor violated 40 U.S.C. § 5104(e)(2)(D)&(G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 30 day of  July  2024. 

 

 

Honorable Zia M. Faruqui
UNITED STATES MAGISTRATE JUDGE