AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Tristan Sartor

*Defendant*

) Case: 1:24-mj-00236
) Assigned To : Judge Zia M. Faruqui
) Assign. Date : 7/30/2024
) Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Tristan Sartor,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date:   07/30/2024                                        *(signature)* Zia M. Faruqui
                                                          *Issuing officer's signature*

City and state:      Washington, D.C.                     Zia M. Faruqui, U.S. Magistrate Judge
                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* 07/30/24, and the person was arrested on *(date)* 07/31/24
at *(city and state)* RUSES DALE, PA.

Date: 07/31/24                                            *(signature)*
                                                          *Arresting officer's signature*

                                                          BRIAN HOUK, FBI, SPECIAL AGENT
                                                          *Printed name and title*